

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of E.R.D. and H.J.D.,
children,

\* From the 266th District Court
of Erath County,
Trial Court No. CV37174.

No. 11-22-00153-CV

\* June 29, 2023

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court and render judgment in favor of Appellant. The costs incurred by reason of this appeal are taxed against Appellees.